```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANA M. ACEVEDO,

                       Plaintiff,                       20 **CIVIL** 8027 (GWG)

      -against-                               **JUDGMENT**

ANDREW SAUL,

                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 27, 2021, the Commissioner's cross-motion for judgment on the pleadings (Docket # 20) is granted and Acevedo's motion (Docket # 16) is denied.

**Dated:**  New York, New York
           December 27, 2021

                                                          **RUBY J. KRAJICK**

                                                             Clerk of Court

                                 BY:
                                                             **Deputy Clerk**